# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130695

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Plaintiff/Counter-
       Defendant-Appellant,

v

LEROY S. HOUGHTALING,
       Defendant/Counter-
       Plaintiff/Cross-Plaintiff,

and

AUTO-OWNERS INSURANCE COMPANY,
       Defendant/Cross-
       Defendant-Appellee.
_____/

SC: 130695
COA: 256815
Bay CC: 03-003315-NF

On order of the Court, the application for leave to appeal the January 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

d0522

_____
Clerk